

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL PALMER, | § | No. 08-21-00072-CV |
| Appellant, | § | Appeal from the |
| v. | § | 311th District Court |
| | § | of Harris County, Texas |
| OFFICE OF THE ATTORNEY GENERAL, TEXAS, | § | (TC# 2019-80718) |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. It appearing to this Court that Appellant is indigent for the purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF NOVEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.